UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHEILA ISOM, | ) |
| | ) |
|               **Plaintiff,** | ) |
| | ) |
| v. | )  Case No. 2-13-CV-2602-RDR-KGS |
| | ) |
| OVERLAND PARK REGIONAL | ) |
| MEDICAL CENTER, | ) |
| | ) |
|               **Defendant.** | ) |

### DEFENDANT'S RULE 26(a)(1) DISCLOSURES

COMES NOW Plaintiff Sheila Isom, by and through her attorney of record, and makes the following initial disclosures pursuant to Rule 26(a)(1). Defendant reserves the right to supplement these initial disclosures as additional information becomes available.

### Preliminary Statement

Plaintiff Sheila Isom ("Isom"), is providing the information and materials per these disclosures, after a search for information and documentation in connection with these Initial Disclosures was conducted with reasonable diligence to locate responsive information and documents. However, Plaintiff Isom, has not yet fully completed its discovery or investigation of facts and documents relating to this action. Accordingly, Plaintiff Isom reserves the right to revise, correct, add to, supplement, or clarify any of its Initial Disclosures as may be necessary.

**A.**      **Rule 26(a)(1)(A) –**

    **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of information.**

1

**Sheila Isom v OPRMC**
**Case No.: 2-13-CV-2602-RDR-KGS**
**Plaintiff Isom's Rule 26 Initial Disclosures**

Exhibit A

**RESPONSE:** Such persons are identified in the following list. By listing particular individuals, Plaintiff Isom is not necessarily conceding that any testimony they may offer is relevant or admissible. Plaintiff Isom reserves all objections under the Federal Rules of Evidence. Additional persons who may possess discoverable information may be identified in documents made available for inspection. The following individuals may be contacted through undersigned counsel:

1. Sheila Isom: 240, North Estelle Street, Wichita, Kansas 67214. Plaintiff's communications with agents of OPRMC and/or the other parties to this litigation; plaintiffs damages.

The Following individuals may be contacted through their counsel of record.

2. Anna Johnson, OPRMC employee, address unknown, this witness was the Plaintiff's direct supervisor, has knowledge about the complaints Plaintiff made and the deficient or lack of response on the part of OPRMC to the complaints.

3. Wilma Jenkins, the director of radiology, OPRMC, address unknown, this witness was the Plaintiff's supervisor, has knowledge about the complaints Plaintiff made and the deficient or lack of response on the part of OPRMC to the complaints

4. Moses Kinyanjui, RN, OPRMC, address unknown, has knowledge about his actions in stalking and sexually harassing the Plaintiff.

5. Connie Miller, human resources, OPRMC, address unknown, has knowledge about the complaints Plaintiff made and the deficient or lack of response on the part of OPRMC to the complaints.

6. Stacey Bell, radiologist, OPRMC, address unknown, has knowledge about the complaints Plaintiff made and the deficient or lack of response on the part of OPRMC to the complaints.

7. Fiona Bage, radiologist, OPRMC, address unknown, has knowledge about the complaints Plaintiff made and the deficient or lack of response on the part of OPRMC to the complaints.

8. Dean Carucchi, chief operating officer, OPRMC, address unknown, has knowledge about the complaints Plaintiff made, the deficient or lack of response

>       on the part of OPRMC to the complaints and any implementation of a policy by
>       OPRMC regarding personal protection.

9. Megan Briener, OPRMC, address unknown, has knowledge about the complaints Plaintiff made and the deficient or lack of response on the part of OPRMC to the complaints

10. Daryn Splichal, OPRMC, address unknown, has knowledge about the complaints Plaintiff made and the deficient or lack of response on the part of OPRMC to the complaints.

11. Megan Briener, OPRMC, address unknown, has knowledge about the complaints Plaintiff made and the deficient or lack of response on the part of OPRMC to the complaints.

12. Kathy Podaski, OPRMC, address unknown, has knowledge about the complaints Plaintiff made and the deficient or lack of response on the part of OPRMC to the complaints.

13. Robin Cole, OPRMC, address unknown, has knowledge about the complaints Plaintiff made and the deficient or lack of response on the part of OPRMC to the complaints.

14. **Any other persons that the other parties identify**.

**B.     Rule 26(a)(1)(B) – Documents Disclosed:**

Along with the copy of these Disclosures served on Defendant's counsel, Plaintiff Isom is producing copies of all documents – except privileged documents, attorney work product, or trial preparation materials – that it may use to support its claims or defenses in this case.

We are in the process of gathering additional medical records and document to establish Plaintiff Isom's damages in this case, which will be produced consistent with and as required thereafter according to the Court's scheduling orders and Rule 26, FRCP.

**C.  Rule 26(a)(1)(C) – Computation of Damages:**
   a. Plaintiff's damages consist of actual damages, penalties, attorney fees and costs. Plaintiff is in the process of consulting with prospective expert witnesses to calculate her damages, all of which will be produced upon its completion and as required thereafter according to the Court's scheduling orders and Rule 26, FRCP.
      i. Past Lost Wages

3

**Sheila Isom v OPRMC**
**Case No.: 2-13-CV-2602-RDR-KGS**
**Plaintiff Isom's Rule 26 Initial Disclosures**

   ii. Past Lost Benefits
   iii. Future Lost Wages
   iv. Future Lost Benefits
   v. Mental Anguish
   vi. Attorney fees and costs.

**D. Rule 26(a)(1)(D) – Insurance Agreement:**

Plaintiff is unaware of any insurance agreement relevant to this action.

          Respectfully submitted,

          /s/ Jeffery A. Sutton
          Jeffery A. Sutton
          Sutton Law Office, LLC
          1106 No. 155th Street
          Basehor KS 66007
          913-724-3005 (business)
          913-724-3005 (fax)
          jefferys@jefferysuttonlaw.com
          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the ___$^{th}$ day of May, 2014, the original and two copies of served its Voluntary Disclosure Statement pursuant to Federal Rule of Civil Procedure 26(a)(1) to Plaintiff via electronic mail and U.S. Mail, postage prepaid to:

  Catesby A. Major
  catesby.major@bryancave.com
  Ashley N. Gillard
  ashley.gillard@bryancave.com
  Bryan Cave LLP
  1200 Main Street, Suite 3800
  Kansas City MO 64105
  816-374-3339 (business)
  816-855-3339 (fax)
  *Attorney for Defendant*

4

**Sheila Isom v OPRMC**
**Case No.: 2-13-CV-2602-RDR-KGS**
**Plaintiff Isom's Rule 26 Initial Disclosures**

*and to the Court at ksd_sebelius_chambers@ksd.uscourts.gov.*
.

        SUTTON LAW OFFICE, L.L.C.

        /s/ Jeffery A. Sutton
        Jeffery A. Sutton    #14186
        Sutton Law Firm, L.L.C.
        1106 No. 155th
        Basehor, Kansas 66007
        (913) 724-3003, (913) 724-3005 – Fax
        jefferys@jefferysuttonlaw.com
        Attorney for Respondent